1  Thomas P. Bleau, Esq., SBN 152945                                    JS-6
   tbleau@bleaufox.com
2  Martin Fox, Esq., SBN 155783
   mfox@bleaufox.com
3  Gennady L. Lebedev, Esq., SBN 179945
   glebedev@bleaufox.com
4  Megan A. Childress, Esq., SBN 266926
   mchildress@bleaufox.com
5  BLEAU FOX, A P.L.C.
   3575 Cahuenga Blvd., West, Suite 580
6  Los Angeles, California 90068
   Telephone: (323) 874-8613
7  Facsimile: (323) 874-1234

8  Attorney for Plaintiff,
   SLAUSON OIL INC.
9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12 | SLAUSON OIL INC., a California corporation; | ) CASE NO: 2:12-cv-08850-PA-VBK |
13 |                                             | ) **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
   |               Plaintiffs,                   | ) |
14 | v.                                          | ) |
   |                                             | ) Complaint Filed:   October 16, 2012 |
15 | EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES, INC., a Texas corporation and DOES 1 through 10, Inclusive; | ) District Judge:   Hon. Percy Anderson |
   |                                             | ) Dept:              15 |
16 |                                             | ) Magistrate:        Hon. Victor B. Kenton |
   |                                             | ) Dept:              590 |
17 |                                             | ) Trial Date:        Not Set |
18 |                                             | ) |
   |               Defendants.                   | ) |
19

20     Having considered the Stipulation of Dismissal of Entire Action With Prejudice by and

21 between the parties, the Court hereby orders this entire action to be dismissed with prejudice,

22 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own

23 attorneys' fees and costs.

24    IT IS SO ORDERED.

25

26 Date: May 16, 2013                                        _____
                                                             Hon. Percy Anderson
27                                                           United States District Judge

28

-1-

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE